United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 10, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-60861
Summary Calendar

_____

FAI BUNGONG NCHANJI,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

_____

On Petition for Review of an Order of the
Board of Immigration Appeals
(BIA No. A78-354-361)

_____

Before REAVLEY, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Fai Bungong Nchanji seeks review of an order of the Board of Immigration

Appeals (BIA), which dismissed his appeal of the decision of an immigration judge

denying his application for asylum and withholding of removal. The BIA properly held

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should
not be published and is not precedent except under the limited circumstances set forth in
5TH CIR. R. 47.5.4.

that it lacked jurisdiction, since Nchanji had waived his right of appeal in exchange for the privilege of voluntary departure.  See 8 C.F.R. §§ 3.39, 240.26(b)(1)(D) (2002).

The record amply reflects that Nchanji made a knowing and voluntary withdrawal and waiver of his asylum claim, including his right to appeal, in exchange for voluntary departure.  His appeal to this court is baseless.

PETITION DENIED.